■ NORA INFANTE, Respondent, v SOL DEL MAR HACKING CORP. et al., Appellants. [974 NYS2d 284]—In an action to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Kings County (Rothenberg, J.), dated January 24, 2013, which denied their motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident.

Ordered that the order is affirmed, with costs.

The defendants met their prima facie burden of showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). In opposition, the plaintiff raised a triable issue of fact. Accordingly, the Supreme Court properly denied the defendants' motion for summary judgment dismissing the complaint (*see Zuckerman v City of New York*, 49 NY2d 557 [1980]). Skelos, J.P., Dickerson, Lott and Austin, JJ., concur.